UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

CASE NO.: 2:15-cv-02889-SSV-JCW

HOWARD COHAN,

    Plaintiff,

vs.

ST ANN LODGING L.L.C.,
a Limited Liability Company,
d/b/a BOURBON ORLEANS HOTEL,

    Defendant(s).
_____/

**ORDER GRANTING JOINT STIPULATION**
**OF DISMISSAL WITH PREJUDICE**

The Court has considered the Joint Stipulation of Dismissal with Prejudice filed by Plaintiff, HOWARD COHAN, and Defendant, ST ANN LODGING L.L.C., a Limited Liability Company, d/b/a BOURBON ORLEANS HOTEL, the pleadings on file, and all other things before it. The Court hereby dismisses this matter with prejudice against being re-filed. Each party shall bear its own fees, expenses and costs except as otherwise agreed to in writing among the parties.

It is so ORDERED.

SIGNED on this ___8th___ day of _____March_____ 2016.

                                            *Sarah Vance*
                                    UNITED STATES DISTRICT JUDGE